**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7028**

LIONELL E. EPHRAIM, a/k/a Lionel E. Williams,

        Petitioner - Appellant,

    v.

KAREN F. HOGSTEN, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, Senior District Judge. (1:12-cv-02339)

Submitted: September 23, 2014    Decided: September 26, 2014

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lionell Elijah Ephraim, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lionell Elijah Ephraim appeals the district court's orders adopting the magistrate judge's report and recommendation, denying his 28 U.S.C. § 2241 (2012) petition and denying his Rule 59 motion of the Federal Rules of Civil Procedure. We have reviewed the record and find no reversible error. Accordingly, while we grant Ephraim leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Ephraim v. Hogsten, No. 1:12-cv-02339 (S.D.W. Va. Apr. 4, 2014; June 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED